James T. WALLACE, Mary Ann C. Pogan, and MAJ, Inc., Appellants,

v.

BIOLOGIX SYSTEMS CORP., Respondent.

No. 72036.

Missouri Court of Appeals, Eastern District, Division Five.

Nov. 18, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 8, 1998.

Eric F. Tremayne, Clayton, for appellants.

Ryan S. Shaughnessy, St. Louis, for respondent.

Before CRAHAN, C.J., CRANE, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

MAJ, Inc. and its officers appeal the judgment for money damages and injunction entered against them in this bench-tried case. We have reviewed the briefs of the parties and the record on appeal and find no error of

law. An extended opinion would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).